### SMITH v. PHŒNIX BRIDGE CO.

(Supreme Court, Appellate Division, Fourth Department.    July 6, 1909.)

Appeal from Special Term, Erie County.
Action by Cora A. Smith, as administratrix, etc., against the Phœnix Bridge Company. From an order directing an amendment to the summons and complaint, defendant appeals. Reversed.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, KRUSE, and ROBSON, JJ.

Daniel J. Kenefick, for appellant.
Edwin L. Dolson, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs on memorandum of SPRING, J., in the case of Martha E. Bowen, as administratrix, etc., v. Phœnix Bridge Company (decided at this term of court) 118 N. Y. Supp. 93. All concur, except WILLIAMS and KRUSE, JJ., who dissent upon the grounds stated in dissenting memorandum by KRUSE, J., in the case of Martha E. Bowen, as administratrix, etc., v. Phœnix Bridge Company, decided at this term of court.